IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER BROWNELL,**<br>    Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 1:24-00359-N<br>) |
| **STATE FARM FIRE AND**<br>**CASUALTY COMPANY,**<br>    Defendant. | )<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Christopher Brownell's action be **DISMISSED with prejudice**.

The Clerk is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 3rd day of October, 2025.

>   */s/ Katherine P. Nelson*
>   **KATHERINE P. NELSON**
>   **UNITED STATES MAGISTRATE JUDGE**